UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ECF CASE |
| ) | |
| v. ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| ) | |
| LUIS CARLOS CONDE-FALON, ) a/k/a "Nene," ) | S1 06 Cr. 507 (RJS) |
| MANUEL HUMBERTO GOMEZ, ) ARLES BALLESTEROS-SANCHEZ, ) LUIS ALEJANDRO LEYTON-GONZALEZ, and ) JHONATAN CRUZ-VARGAS, ) ) Defendants. ) | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to include her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:   /Sarah Y. Lai/
      Sarah Y. Lai
      Assistant United States Attorney
      Tel.: (212) 637-1944

cc: Howard Leader, Esq.